Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Walter Artis, Jr.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-1346 |
| | ) |
| **Turner, Walken, Johnson.** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Walter Artis, Jr.'s action against Defendants Turner, Walken and Johnson is dismissed with prejudice.

**Dated: 10/24/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court